UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W. Landis Ave.
Vineland, NJ 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

Michele R. Santiago

Order Filed on November 1, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:       16-25058

Chapter:        13

Adv. No.:       N/A

Hearing Date:   11/1/16 @ 10:00 a.m.

Judge:          JNP

### ORDER TO APPROVE TO APPLY TO PARTICIPATE IN U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 1, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Michele R Santiago
**Case No:** 16-25058 /JNP
**Caption of Order:** Order to Approve to Apply to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time

---

Upon consideration of Michele R Santiago's application for a Motion to Apply to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time with Bayview Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is herby permitted to apply to the U.S.B.C. loss mitigation program outside of the prescribed time period for the property commonly known as 201 Kendall Blvd. Oaklyn, NJ 08107.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order debtor shall file Notice of Request to Enter into Loss Mitigation