|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on November 1,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>   Michele R. Santiago | Case No.:   16-25058<br>Chapter:   13<br>Adv. No.:   N/A<br>Hearing Date:   11/1/16 @ 10:00 a.m.<br>Judge:   JNP |

### ORDER TO APPROVE TO APPLY TO PARTICIPATE IN U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 1, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Michele R Santiago
**Case No:** 16-25058 /JNP
**Caption of Order:** Order to Approve to Apply to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time

---

Upon consideration of Michele R Santiago's application for a Motion to Apply to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time with Bayview Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is herby permitted to apply to the U.S.B.C. loss mitigation program outside of the prescribed time period for the property commonly known as 201 Kendall Blvd. Oaklyn, NJ 08107.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order debtor shall file Notice of Request to Enter into Loss Mitigation

United States Bankruptcy Court
District of New Jersey

In re:  
Michele R. Santiago  
    Debtor

Case No. 16-25058-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db            +Michele R. Santiago,    201 Kendall Blvd.,    Oaklyn, NJ 08107-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Seymour Wasserstrum    on behalf of Debtor Michele R. Santiago mylawyer7@aol.com, ecf@seymourlaw.net  
                                                                                                                           TOTAL: 6