Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−25058−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele R. Santiago
   201 Kendall Blvd.
   Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−2983

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 7, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 12
Order Approving Interim Confirmation Order (related document:12 Chapter 13 Plan and Motions filed by Debtor Michele R. Santiago). Payments in the amount of $250.00 per month, beginning 9/1/2016. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/7/2017. Final Confirmation hearing to be held on 6/21/2017 at 10:00 AM at JNP − Courtroom 4C, Camden. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 7, 2017
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michele R. Santiago  
     Debtor

Case No. 16-25058-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 07, 2017  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 07 2017 22:46:52  
        Bayview Loan Servicing LLC,   4425 Ponce De Leon Boulevard,   5th Floor,  
        Coral Gables, FL 33146-1837  
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:  
        Andrew L. Spivack   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Andrew L. Spivack   on behalf of Loss Mitigation   Bayview Loan Servicing nj.bkecf@fedphe.com  
        Brian C. Nicholas   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Michael Frederick Dingerdissen   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC  
         nj.bkecf@fedphe.com  
        Seymour  Wasserstrum   on behalf of Debtor Michele R. Santiago mylawyer7@aol.com,  
         ecf@seymourlaw.net  
                                                                                                                       TOTAL: 8