Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−25058−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele R. Santiago
   201 Kendall Blvd.
   Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−2983

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-25058-JNP
Michele R. Santiago                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2017
                               Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db          +Michele R. Santiago,    201 Kendall Blvd.,    Oaklyn, NJ 08107-1127
cr          +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
              Suite 100,    Mt. Laurel, NJ 08054-3437
516386385   +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER PIERCE, LLC,    Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
516325490   +Camden County Sheriff,    520 Market Street,    Camden, NJ 08102-1300
516325492   +Johnny E Santiago,    4 New Hampshire Ave,    Cherry Hill, NJ 08002-3108
516325493   +Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
              Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
lm          +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2017 23:18:24
              Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    5th Fl.,   Coral Gables, FL 33146-1837
516325489    E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2017 23:18:24
              Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
516325491   +EDI: CAPITALONE.COM Aug 16 2017 23:03:00      Capital One,   PO Box 30281,
              Salt Lake, UT 84130-0281
516410681    EDI: CAPITALONE.COM Aug 16 2017 23:03:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC 28272-1083
516518395    E-mail/Text: camanagement@mtb.com Aug 16 2017 23:17:44      M & T Bank,   P.O. Box 840,
              Buffalo, NY 14240
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*         +Bayview Loan Servicing LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
              Coral Gables, FL 33146-1837
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Loss Mitigation    Bayview Loan Servicing nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Seymour   Wasserstrum    on behalf of Debtor Michele R. Santiago mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                              TOTAL: 9